# United States Court of Appeals
## For The District Of Columbia Circuit
_____

**No. 25-5177**                                **September Term, 2024**

1:21-cv-02608-DLF
1:24-cv-03220-DLF
1:24-cv-03337-DLF
1:25-cv-00117-DLF

**Filed On:** July 18, 2025

Novartis Pharmaceuticals Corporation,

      Appellant

    v.

Robert F. Kennedy, Jr., in his official capacity as Secretary, United States Department of Health and Human Services, et al.,

      Appellees

------------------------------

Consolidated with 25-5179, 25-5220, 25-5221, 25-5223, 25-5224, 25-5226

_____

**No. 25-5236**

Johnson & Johnson Health Care Systems Inc.,

      Appellant

    v.

Robert F. Kennedy, Jr., in his official capacity, et al.,

      Appellees

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5177**                                                       **September Term, 2024**

      **BEFORE:**    Millett, Pillard, and Rao, Circuit Judges

### O R D E R

      Upon consideration of the June 23, 2025 letter in response to the court's June 17, 2025 order; the motion to dismiss the cross-appeals, the opposition thereto, and the reply; and the motion to consolidate and expedite, it is

      **ORDERED** that the motion to consolidate No. 25-5177, et al., with No. 25-5236 be granted.  It is

      **FURTHER ORDERED** that the motion to dismiss the cross-appeals Nos. 25-5223, 25-5224, and 25-5226 be granted.  Intervenor-appellees have not shown that they "experienced an injury fairly traceable to the judgment below," as required to establish standing to appeal.  W. Virginia v. EPA, 597 U.S. 697, 718 (2022) (internal quotation marks omitted) (emphasis in original).  The district court's judgment favored the intervenor-appellees, and their cross-appeals would challenge only the reasoning of the district court.  Intervenor-appellees "may advance alternative bases for affirmance that are properly raised and supported by the record without filing a cross-appeal, even if the district court rejected the argument," including the issues identified in their cross-appeals.  Shatsky v. Palestine Liberation Org., 955 F.3d 1016, 1028 (D.C. Cir. 2020) (internal quotation marks omitted); see also Crocker v. Piedmont Aviation, Inc., 49 F.3d 735, 741 (D.C. Cir. 1995).  It is

      **FURTHER ORDERED** that the following briefing schedule will now apply in these consolidated cases:

| | |
|---|---|
| Appellees' Brief | August 1, 2025 |
| Intervenor-Appellees' Brief | August 8, 2025 |
| Reply Brief of Novartis Pharmaceuticals Corporation, Bristol Myers Squibb Company, Eli Lilly and Company, Lilly USA, LLC, and Kalderos, Inc. | August 22, 2025 |
| Reply Brief of Johnson & Johnson Health Care Systems Inc. | August 22, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5177**　　　　　　　　　　　　　　**September Term, 2024**

      Pursuant to D.C. Circuit Rule 36, the disposition of Nos. 25-5223, 25-5224, and 25-5226 will not be published. The Clerk is directed to withhold issuance of the mandate in those cases until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

BY:  /s/
        Selena R. Gancasz
        Deputy Clerk